UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH RAMIREZ, an individual; and JESSE ZENDEJAS, and individual;<br><br>             Plaintiffs,<br><br>   v.<br><br>LITTON LOAN SERVICING, L.P., a Delaware Limited Partnership, NDEX WEST, LLC, a Delaware Limited Liability Company, and DOES 1-10;<br><br>             Defendants. | CIV-F-09-1110 AWI DLB<br><br>ORDER VACATING HEARING OF OCTOBER 26, 2009 |

    Defendant Litton Loan Servicing has made a motion to dismiss for failure to state a claim and a motion to strike.  The matter is scheduled for oral argument on October 26, 2009.  Plaintiffs have filed no opposition and the deadline for doing so has passed.  Plaintiffs are no longer entitled to be heard at oral argument. See Local Rule 78-230(c).  The court has reviewed the papers and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 26, 2009, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue a decision.

IT IS SO ORDERED.

Dated:   October 20, 2009                    /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE